IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KHRISTOFFER MANDELL HEARRON                                                        PLAINTIFF

VERSUS                                                      CIVIL ACTION NO. 5:06cv29DCB-MTP

MISSISSIPPI DEPARTMENT OF CORRECTIONS                                      DEFENDANT

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 8th day of November, 2006.

                S/DAVID BRAMLETTE
                UNITED STATES DISTRICT JUDGE